# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

MASSIMO CARRARO

               Plaintiff,

v.                                    Case No.: 2:18−cv−13008−SRC−CLW

                                    Judge Stanley R. Chesler

NCS TECHNOLOGIES, INC.

               Defendant.

## Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 28th day of January, 2019,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

/s/ Stanley R. Chesler

_____

STANLEY R. CHESLER United States District Judge